IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROBERT HENSON,**<br><br>                      **Plaintiff,**<br><br>                      **-v-**<br><br>**DAIMLER TRUCK NORTH AMERICA, LLC, an Oregon Corporation,**<br><br>                      **Defendants.** | Civil Case Number:  1:22-cv-03271-RMB-AMD |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      PLEASE TAKE NOTICE THAT Plaintiff Robert Henson hereby dismisses all claims against Defendant in the above-captioned matter, without prejudice.

      All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:     September 7, 2022


/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*